# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AF HOLDINGS LLC,

      Plaintiff,

                        Case No.: 2:12-cv-14451
                        Hon.: Julian Abele Cook

      v.

ALLEN KEEHN,

      Defendant.

_____/

| | |
|---|---|
| Jonathan W Tappan (P72195) | Allen Keehn |
| Attorney for Plaintiff | Defendant appearing Pro Se |
| 2549 Somerset Blvd., #102 | 24216 Stewart Avenue |
| Troy, Michigan 48084 | Warren, Michigan 48089 |
| (415) 325-5900 | (248) 892-0172 |
| Email: blgibbs@wefightpiracy.com | |

_____/

## STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO THE COMPLAINT

      NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Allen Keehn, appearing Pro Se, and the parties having agreed that, pursuant to settlement discussions currently taking place as to the dispute underlying the instant action between the parties, and the Court being otherwise advised in the premises, the Defendant shall be granted an additional thirty (30) days to answer and/or respond to the Complaint:

      **IT IS HEREBY ORDERED** that the Defendant shall not be required to answer and/or respond to the Complaint until December 26, 2012;

                    IT IS SO ORDERED.

                    _____
                    Honorable United States District Judge

Approved as to form and substance:


__/s/ Allen Keehn_____          __/s/ Jonathan Tappan_____
Allen Keehn                            Jonathan W Tappan (P72195)
Defendant appearing Pro Se            Attorney for Plaintiff
                                       AF Holdings, LLC