UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF Holdings LLC,

                Plaintiff(s),

v.                                       Case No. 2:12−cv−14451−JAC−MKM
                                            Hon. Julian Abele Cook

Allen Keehn,

                Defendant(s),
_____

**NOTICE TO APPEAR**

    You are hereby notified to appear before District Judge Julian Abele Cook at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 716, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  February 12, 2013 at 01:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/K. Doaks
                                                             Case Manager

Dated:   January 28, 2013