UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF Holdings LLC,

                      Plaintiff(s),

v.                                         Case No. 2:12−cv−14451−JAC−MKM
                                                           Hon. Julian Abele Cook

Allen Keehn,

                      Defendant(s),
_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Majzoub pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                s/Julian Abele Cook
                                                Julian Abele Cook
                                                United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/K. Doaks
                                                Case Manager

Dated:   February 21, 2013