# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AF HOLDINGS LLC,

       Plaintiff,

                          Case No.: 2:12-cv-14451
                          Hon.: Julian Abele Cook

      v.

ALLEN KEEHN,

       Defendant.

_____/

| | |
|---|---|
| Jonathan W. Tappan (P72195) | Allen Keehn |
| Attorney for Plaintiff | Defendant appearing Pro Se |
| 2549 Somerset Blvd., #102 | 24216 Stewart Avenue |
| Troy, Michigan 48084 | Warren, Michigan 48089 |
| (415) 325-5900 | (248) 892-0172 |
| Email: blgibbs@wefightpiracy.com | |

_____/

## SECOND STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO THE COMPLAINT

NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Allen Keehn, appearing Pro Se, and the parties having agreed that, pursuant to settlement discussions currently taking place as to the dispute underlying the instant action between the parties, and the Court being otherwise advised in the premises, the Defendant shall be granted an additional fourteen (14) days to answer and/or respond to the Complaint:

**IT IS HEREBY ORDERED** that the Defendant shall not be required to answer and/or respond to the Complaint until January 9, 2013;

IT IS SO ORDERED.

Date: January 16, 2013         s/Julian Abele Cook, Jr._____
                              United States District Judge

Approved as to form and substance:


\_\_/s/ Allen Keehn_____          \_\_/s/ Jonathan Tappan_____
Allen Keehn                              Jonathan W. Tappan (P72195)
Defendant appearing Pro Se               Attorney for Plaintiff
                                         AF Holdings, LLC