MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC

           Plaintiff(s),                                  Case No. 12-14451

v.                                                    Judge Julian Abele Cook, Jr.

ALLEN KEEHN                               Magistrate Judge Mona K. Majzoub

           Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __15__, filed __MAY 17, 2013__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __KAY DOAKS__ at __(313) 234-5100__.

DAVID J. WEAVER, CLERK OF COURT

Dated: May 20, 2013

s/Kay Doaks
Deputy Clerk