UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

    Plaintiff,

                            Case No.: 2:12-cv-14451
                            Hon.: Julian Abele Cook

    v.

ALLEN KEEHN,

    Defendant.

_____/

| Jonathan W. Tappan (P72195) | Allen Keehn |
|---|---|
| Attorney for Plaintiff | Defendant appearing Pro Se |
| 2549 Somerset Blvd., #102 | 24216 Stewart Avenue |
| Troy, Michigan 48084 | Warren, Michigan 48089 |
| (415) 325-5900 | (248) 892-0172 |
| Email: blgibbs@wefightpiracy.com | |

_____/

**STIPULATED ORDER DISMISSING COMPLAINT**

    NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Allen Keehn appearing Pro Se, and the parties having agreed that, pursuant to a settlement as to the dispute underlying the instant action reached by and between the parties, the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

    IT IS HEREBY ORDERED that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Allen Keehn, in the above-captioned case, shall be dismissed with prejudice.

    IT IS FURTHER ORDERED that no party shall be obligated to pay costs and/or fees of any other party in this matter.

IT IS SO ORDERED.

Date:  May 17, 2013          s/Julian Abele Cook, Jr.
         JULIAN ABELE COOK, JR.
         United  States District Judge

Approved as to form and substance:

  */s/ Allen Keehn*  (by consent)          */s/ Jonathan Tappan*
Allen Keehn          Jonathan W. Tappan (P72195)
Defendant appearing Pro Se          Attorney for Plaintiff
         AF Holdings, LLC